## UNITED STATES of America, Plaintiff–Appellee,

v.

## Tracy COX, Defendant–Appellant.

### No. 12–11216
### Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Sept. 24, 2012.

Peggy Morris Ronca, Robert Edward Bodnar, Jr., U.S. Attorney's Office, Orlando, FL, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Charles E. Taylor, Jr., Law Office of Charles E. Taylor, Jr., Orlando, FL, for Defendant–Appellant.

Tracy Cox, Miami, FL, pro se.

Before MARCUS, MARTIN and FAY, Circuit Judges.

PER CURIAM:

Charles E. Taylor, appointed counsel for Tracy Cox in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Cox's conviction and sentence are **AFFIRMED.**